UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JACKSON E. JAMES,<br><br>                    Defendant. | No.  1:16-cr-2019-SAB-1<br><br><br>ORDER DENYING<br>DEFENDANT'S MOTION TO<br>DISMISS INDICTMENT |

Before the Court is Defendant's Motion to Dismiss Indictment, ECF No. 21. The Court held a hearing on July 20, 2016, where Defendant was represented by Jeremy Sporn, and the government was represented by Alvin Guzman. One witness, a Government Services Administration agent, testified.

On the record established at the hearing, the Court **denies** the motion.

//
//
//
//
//
//
//
//

ORDER DENYING DEFENDANT'S MOTION TO DISMISS . . . ^ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss Indictment, ECF No. 21, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 21st day of July, 2016.



Stanley A. Bastian
United States District Judge